# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARRETT WILLIAMS,** : | **CIVIL ACTION NO. 1:09-CV-1587** |
| Plaintiff : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **JEFFREY A. BEARD and** : | |
| **CATHERINE MCVEY,** : | |
| Defendants : | |

## ORDER

AND NOW, this 14th day of December, 2010, upon consideration of the report of United States Magistrate Judge Thomas M. Blewitt (Doc. 24), recommending that defendants' motion for judgment on the pleadings (Doc. 6) be granted with respect to all of plaintiff's claims and that plaintiff's motion for judgment on the pleadings (Doc. 10) be denied with respect to all of his claims, and, following an independent review of the record and noting that plaintiff filed objections[1] to the report on November 16, 2010 (Doc. 25), and the court finding Judge Blewitt's analysis to be thorough and well-reasoned, and the court finding plaintiff's objections to be without merit and squarely addressed by Judge Blewitt's report (Doc. 24), it is hereby ORDERED that:

---

[1] Where objections to a magistrate judge's report and recommendation are filed, the court must perform a *de novo* review of the contested portions of the report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3 (M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)). "In this regard, Local Rule of Court 72.3 requires 'written objections which . . . specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections.'" Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL 4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

1. The report of Magistrate Judge Blewitt (Doc. 24) is ADOPTED in its entirety.

2. Defendants' motion for judgment on the pleadings (Doc. 6) is GRANTED with respect to all of plaintiff's claims.

3. Plaintiff's motion for judgment on the pleadings (Doc. 10) is DENIED with respect to all claims.

4. The Clerk of Court is DIRECTED to close this matter.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge