# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARRETT WILLIAMS,** | : | CIVIL ACTION NO. 1:09-CV-1587 |
| Plaintiff | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **JEFFREY A. BEARD** and | : | |
| **CATHERINE MCVEY,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 3rd day of November, 2011, upon consideration of the opinion of the Third Circuit Court of Appeals, affirming in part, vacating in part and remanding the above captioned-matter to this court for further proceedings, (see Doc. 37; Doc. 37-1), wherein the Third Circuit vacated the court's grant of judgment on the pleadings in favor of defendants with respect to plaintiff's claim for declaratory relief and remanded the matter to this court for dismissal of the claim as moot, it is hereby ORDERED that plaintiff's claim for declaratory relief is DISMISSED as MOOT.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge